**FILED**
July 28, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __Melanie Miller__
DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.

**GERALD LUJUAN LONGINO**

**CRIMINAL COMPLAINT**

CASE NUMBER: **W21-143M**

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about <u>**July 27, 2021**</u>, in <u>**Bell**</u> County, in the <u>Western</u> District of <u>Texas</u>, defendant(s), <u>**being a person who knew he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, and said firearm was in and affecting commerce**</u>, in violation of Title <u>**18**</u>, United States Code, Section(s) <u>**922(g)(1) and 924(a)(2)**</u>.

I further state that I am a(n) <u>**Detective, Killeen Police Department**</u>, and that this complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT**

continued on the attached sheet and made a part hereof: YES

_signature_

TODD MALLOW, Detective
Killeen Police Department

Sworn to before me and subscribed in my presence,

July  28 , 2021
Date
Jeffrey C. Manske
U.S. Magistrate Judge
Name & Title of Judicial Officer

Waco, Texas
City and State

_Jeffrey C. Manske signature_
Signature of Judicial Officer

## AFFIDAVIT

BEING FIRST DULY SWORN, Affiant, TODD MALLOW, deposes and states the following:

I, TODD MALLOW, am a Detective with the Killeen Police Departments Organized Crime Unit in Killeen, Bell County Texas.

### AFFIANT'S BACKGROUND

Your Affiant is Detective Todd Mallow, a sworn Police Officer licensed by the State of Texas as a peace officer and employed by the City of Killeen Police Department in Killeen, Bell County, Texas. Your Affiant has been a Police Officer for the past 18 years with the City of Killeen and is currently assigned to the Killeen Police Department's Organized Crime Unit for the past ten (10) years and has been previously assigned to the DEA Task Force out of the Waco office for five (5) years.

During this time period, your affiant has been involved in investigations of individuals and organizations that have been involved in the illegal manufacture, distribution and selling of cocaine, methamphetamine, heroin, marijuana and other controlled substances. Your affiant has had experience in investigating these individuals and organizations that derive substantial income from their trafficking activities. Your affiant also has experience in the preparation and execution of search warrants, debriefing of informants and witnesses, and investigating financial crimes committed by drug traffickers, including money laundering. Your affiant has been involved in many investigations over his career which have resulted in the seizure of cocaine, methamphetamine, heroin, marijuana and other controlled substances, seizures of assets and the proceeds of drug crimes, seizure of weapons related to drug crimes and the ultimate prosecution of individuals and organizations which have resulted in long term state and federal prison sentences.

### AFFIANT'S KNOWLEDGE

The information in this affidavit is derived from physical evidence, review of reports, discussions with officers from the Killeen Police Department and from conversations with persons further identified below who have personal knowledge of the events described herein.

Based on Affiant's investigation, **GERALD LUJUAN LONGINO,** was a felon in possession of a firearm in Killeen, Bell County Texas, which is located in the Waco Division of the Western District of Texas.

On July 27, 2021, your affiant was contacted by Officer Ruehlen of the Killeen Police Department's patrol division in reference to a subject he had in custody for felon in possession of a firearm and possession of a controlled substance. Officer Ruehlen told your affiant that on this date, about 10:23 am, he was dispatched to an address in Killeen, Bell County Texas in reference to a civil standby. Officer Ruehlen said that when he arrived, he made contact with **GERALD LUJUAN LONGINO**, who pulled up in a grey Ford F-150, and said he (LONGINO) had been having domestic

issues with his wife and she had threatened to have someone harm him and wanted officers to check his house for intruders.

Ofc Ruehlen told your affiant that while he was inside with **GERALD LUJUAN LONGINO** clearing the house, **GERALD LUJUAN LONGINO's** wife arrived and opened the passenger side door to **GERALD LUJUAN LONGINO's** truck and forced open the glovebox. Officer Ruehlen told your affiant that when **GERALD LUJUAN LONGINO's** wife forced open the glovebox a black in color Beretta .40 caliber handgun, model PX4 Storm, serial number PZ8963B, came out of the glovebox along with a quantity of marijuana and MDMA/Ecstasy.

Your affiant interviewed **GERALD LUJUAN LONGINO** at the Killeen Police Department's Jail and, after waiving his rights, **GERALD LUJUAN LONGINO** told your affiant that LONGINO's wife had bought the handgun for him for $300 and LONGINO only had the gun for protection. **GERALD LUJUAN LONGINO** told your affiant that his wife had purchased the truck for him in 2019 but that she is the registered owner for it. **GERALD LUJUAN LONGINO** stated to your affiant that he knew he was a convicted felon on more than one occasion during the interview at the jail.

**GERALD LUJUAN LONGINO** was previously convicted of the felony offense of Possession with Intent to Deliver Cocaine in Dane County, Wisconsin, in Cause Number 1996CR000688 on August 6, 1996 and sentenced to eighteen months state prison.

The firearms described above were manufactured outside the state of Texas, and thus travelled in the stream of interstate commerce prior to its arrival in Texas. The firearms meet the definition of a firearm under Federal law, that is, it is capable of expelling a projectile by the action of an explosive.

Based on the above information, Affiant believes probable cause exists for issuance of a complaint for **GERALD LUJUAN LONGINO** for possession of a firearm by a felon.

TODD MALLOW, Detective
Killeen Police Department

SWORN TO AND SUBSCRIBED BEFORE ME on this the __28__ day of July, 2021.

JEFFREY C. MANSKE
UNITED STATES MAGISTRATE JUDGE